IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MERVIN ENGLISH**                                                                  **PETITIONER**

**v.**                                                         **CIVIL ACTION NO. 1:23-cv-69-TBM-FKB**

**DEREK MINGO,** *Warden*
*of Marion/Walthall County Correctional Facility*                     **RESPONDENT**

## **FINAL JUDGMENT**

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum and Order of Dismissal issued this date and incorporated herein by reference,

IT IS ORDERED AND ADJUDGED that this cause challenging Petitioner's sentence is **DISMISSED WITHOUT PREJUDICE** and his challenge to his parole eligibility is **DISMISSED WITH PREJUDICE**.

SO ORDERED AND ADJUDGED, this the 28th day of August, 2023.

                                                              TAYLOR B. McNEEL
                                                              UNITED STATES DISTRICT JUDGE